Submitted on record and briefs January 17, reversed and remanded for new trial February 13, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## DONALD RAY CHARLES,
*Appellant.*

(10-89-07380; CA A63725)

804 P2d 1225

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in failing to suppress evidence. We agree.

Reversed and remanded for a new trial.